it is ordered by the court that the motion is granted and this case is remanded to the Board of Tax Appeals so that the board may take further action as appropriate.

It is further ordered that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution and that a copy of this entry be certified to the Board of Tax Appeals.

# CASE ANNOUNCEMENTS
## March 19, 2014

[Cite as *03/19/2014 Case Announcements*, 2014-Ohio-1030.]

## MOTION AND PROCEDURAL RULINGS

**2013–1694.   State ex rel. Cincinnati Enquirer v. Hunter.**
Hamilton App. No. C–130072. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

Upon consideration of the motion of James F. Bogen to withdraw as counsel for Judge Tracie Hunter, it is ordered by the court that the motion is denied.

**2013–1932.   In re B.C.**
Clark App. No. 2013–CA–72. This cause is pending before the court as an appeal from the Court of Appeals for Clark County.

Upon consideration of appellee's motion for leave to file a copy of the final adoption order under seal, it is ordered by the court that the motion is granted. Appellee shall file a copy of the adoption order under seal within ten days of the date of this entry.

**2014–0181.   In re B.C.**
Clark App. No. 2013–CA–72. This cause is pending before the court on the certification of a conflict from the Court of Appeals for Clark County.

Upon consideration of appellee's motion for leave to file a copy of the final adoption order under seal, it is ordered by the court that the motion is granted. Appellee shall file a copy of the adoption order under seal within ten days of the date of this entry.

**2014–0292.   Saturday v. Cleveland Bd. of Rev.**
Board of Tax Appeals, No. 2011–4027. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the motion for admission pro hac vice of Stephen W. Kidder, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2014–0315.   In re R.E.A.**
Cuyahoga App. No. 99652, 2014-Ohio-110. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion to file the case under seal, it is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2014–0040.   State ex rel. Carter v. Saffold.**
Cuyahoga App. No. 100322, 2013-Ohio-5596. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. The records of this court indicate that appellant has not filed a merit brief, due March 10, 2014, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.